EMANUEL RABIN v. HY RABIN.

October 3, 1985.

Petition for certification denied.

MEADOWLANDS BASKETBALL ASSOCIATES, A NEW JERSEY
PARTNERSHIP v. LARRY BROWN.

October 3, 1985.

Petition for certification denied.

IN THE MATTER OF OCEAN COUNTY COLLEGE v.
GINA ALVEN, DAILY M. SMITH
AND EFFIE T. CLARK.

October 3, 1985.

Petitions for certification denied.

HAMILTON TOWNSHIP MUNICIPAL UTILITIES AUTHORITY v.
APPLE TREE CORPORATION, A NEW YORK CORPORATION,
T/A POWDER MILL SPRINGS.

October 3, 1985.

Petition for certification denied. (See 202 *N.J.Super.* 440)